IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEKSANDRE KARAPETIAN,<br>Petitioner, | CIVIL ACTION |
| v. | |
| MICHAEL ROSE AND JAMAL L. JAMISON,<br>Respondents. | NO. 26-328 |

## O R D E R

**AND NOW**, this 23rd day of January, 2026, upon consideration of Petitioner Karapetian's Petition for Writ of Habeas Corpus (ECF No. 1), and Respondents' response thereto (ECF No. 4), **IT IS HEREBY ORDERED** as follows:

1. Karapetian's Petition is **GRANTED**;[i]

2. The Government shall **RELEASE** Karapetian from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than **12:00 p.m. ET on January 27, 2026**;

3. The Government is temporarily enjoined from re-detaining Karapetian for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Karapetian after that seven-day period, it must first provide him with a bond hearing pursuant to 8 U.S.C. § 1226(a); and

5. Pending the ordered bond hearing, the Government **SHALL NOT** remove, transfer, or otherwise facilitate the removal of Karapetian from the Commonwealth of Pennsylvania. If the Immigration Judge determines that Karapetian is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission of the Court to move him. If unforeseen or emergency circumstances arise that require Karapetian to be removed, any

such request must include an explanation for the request as well as a proposed destination.

                                        **BY THE COURT:**

                                        **S/ WENDY BEETLESTONE**

                                        **WENDY BEETLESTONE, C.J.**

---

[i] Aleksandre Karapetian is a citizen of Tajikistan who has lived in the United States since 2023, when he entered the country without inspection. In a case where the parties made nearly identical arguments, this Court held that detaining individuals in Karapetian's position without a bond hearing violates the Immigration and Nationality Act, 18 U.S.C. § 1101 *et seq.* *Rio Porras*, 2025 WL 3708900 at *2-3 (citing *Ndiaye v. Jamison*, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025); *Karashnov v. Jamison*, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); and, *Demirel v. Fed. Det. Ctr. Phila.*, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025)). The same reasoning applies here.